IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MARK STINSON,                                                                                           PLAINTIFF

v.                                          2:22CV00154-LPR-JTK

FCI—FORREST CITY, et al.                                                                   DEFENDANTS

Consolidated With:

MARK STINSON, SR                                                                              PLAINTIFF

v.                                          2:22CV00218-LPR-JTK

DOES,                                                                                                DEFENDANTS

**ORDER**

Mark Stinson ("Plaintiff") was in custody at Forrest City Correctional Institution ("FCI-Forrest City") at the time of the events giving rise to his claims in this case. (Doc. No. 3). Plaintiff has since been released from custody. (Id. at 2). Plaintiff sued FCI—Forrest City and unidentified medical staff alleging deliberate indifference to his serious medical needs. (Id.). Plaintiff also filed a Motion for Leave to Proceed In Forma Pauperis, which was granted. (Doc. Nos. 1, 16).

On March 13, 2023, the Court entered an Order screening Plaintiff's claims pursuant to 28 U.S.C. § 1915(e), denying Plaintiff's Motion for Expedited Summons, and directing Plaintiff to file an Amended Complaint within 30 days. (Doc. No. 18).

On March 17, 2023, Plaintiff filed a Motion to Amend Complaint. (Doc. No. 19). Because the Court already directed Plaintiff to file an Amended Complaint within 30 days of the March 13, 2023 Order, Plaintiff's Motion is denied as moot.

Plaintiff did not include a separate document titled "Amended Complaint" along with his Motion. To the extent Plaintiff intended the Motion to serve as a supplement to his Complaint,

the Court notes that information in the Motion does not cure the defects in Plaintiff's pleading as explained in the March 13 Order. Accordingly, if Plaintiff wishes to do so, he should file an Amended Complaint within thirty (30) days of the date of this Order. Plaintiff should refer to the March 13, 2023 Order for guidance on what should be included in any Amended Complaint.

IT IS THEREFOR ORDERED that:

1. Plaintiff's Motion for Amended Complaint (Doc. No. 19) is DENIED as moot;

2. If Plaintiff wishes to submit an Amended Complaint for the Court's review, he must file the Amended Complaint within thirty (30) days from the date of this Order. If Plaintiff does not submit an Amended Complaint, I will recommend that his original Complaint be dismissed. See 28 U.S.C. § 1915(e)(2); Loc. R. 5.5(c)(2).

3. The Clerk of the Court is directed to mail Plaintiff a blank 42 U.S.C. § 1983 Complaint form.

4. The Clerk of the Court is further directed to send Plaintiff a copy of docket entry number 18, along with a copy of this Order.

Dated this 20th day of March, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE